# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA H. HEACOCK, | CIVIL CASE NO. 17-00131 |
| Petitioner, | CRIMINAL CASE NO. 11-00058 |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| JULIA H. HEACOCK, | |
| Defendant. | |

Pending before the court is the Magistrate Judge's Report and Recommendation dated July 13, 2018. *See* ECF No. 2 (Civil Case No. 17-00131); and ECF No. 231 (Criminal Case No. 11-00058). There having been no timely objection, the court hereby **ACCEPTS** and **ADOPTS** said report and recommendation. Petitioner Julia H. Heacock's motion to vacate, set aside, or correct sentence in the above-captioned cases, is hereby **DISMISSED**.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Nov 06, 2018**